An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

VALLEY HEALTH SYSTEMS, LLC,
D/B/A CENTENNIAL HILLS
HOSPITAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
Respondents,
and
DEANNA WATERS-MARIA,
Real Party in Interest.

No. 68127

**FILED**

JUL 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

Having considered the petition and supporting documents in this original proceeding challenging an order denying a motion for summary judgment, we decline to intervene at this time, as an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (noting that this

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22298

court will generally not consider writ petitions challenging orders denying motions for summary judgment). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Ronald J. Israel, District Judge
Hall Prangle & Schoonveld, LLC/Las Vegas
The Law Offices of Curtiss S. Chamberlain
Eighth District Court Clerk